UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FORTUNE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>FOX NEWS NETWORK, LLC<br><br>　　　　　　　　　　Defendant. | Docket No. 1:18-cv-1123<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff James Fortune ("Fortune" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Fox News Network, LLC ("Fox" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of an iconic copyrighted photograph of English musician and songwriter Jimmy Page, guitarist and founder of the rock band Led Zeppelin, owned and registered by Fortune, a legendary professional music photographer. Accordingly, Fortune seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Fortune is a renowned music photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 12420 N. Oaks Drive, Ashland, Virginia 23005. Fortune has photographed rock and roll icons such as Mick Jagger, Paul McCartney, Robert Plant, Jim Morrison, Elton John and many others. His photographs have appeared in galleries around the world and won numerous awards.

6.      Upon information and belief, Fox is a foreign limited liability company duly organized and existing under the laws of the State of Delaware, with a place of business at 5 Hanover Square, New York, New York 10005. Upon information and belief, Fox is registered with the New York Department of State, Division of Corporation to do business in the State of New York. At all times material, hereto, Fox has owned and operated a website at the URL: www.Radio.FoxNews.com (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Fortune photographed English musician and songwriter Jimmy Page, guitarist and founder of the rock band Led Zeppelin (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Fortune is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph is registered with the United States Copyright Office and was given registration number VA 971-256.

**B.    Defendant's Infringing Activities**

11. Fox ran an article on the Website entitled *(VIDEO) Is "Stairway To Heaven" A Total Ripoff?*. See https://radio.foxnews.com/2016/06/17/video-is-stairway-to-heaven-a-total-ripoff/. The article prominently featured the Photograph. A true and correct copy of the article and screen shot of the Photograph on the article is attached hereto as Exhibit B.

12. Fox did not license the Photograph from Plaintiff for its article, nor did Fox have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST FOX)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Fox infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Fox is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Fox have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Fox be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 8, 2018

                                                LIEBOWITZ LAW FIRM, PLLC

                                                By: /s/Richard Liebowitz
                                                     Richard P. Liebowitz
                                              11 Sunrise Plaza, Suite 305
                                              Valley Stream, New York
                                              Tel: 516-233-1660
                                              RL@LiebowitzLawFirm.com

                                              *Attorneys for Plaintiff James Fortune*