**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: _2/28/18_

---

JAMES FORTUNE,

                  Plaintiff,

    - against -

FOX NEWS NETWORK, LLC,

                  Defendant.

---

Case No. 1:18-cv-01123 (JGK)

**STIPULATION AND ORDER**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto that the time in which Defendant Fox News Network, LLC, may serve an answer, move, or otherwise respond to the Complaint in this matter is hereby extended through and including <u>April 9, 2018</u>.

    This Stipulation may be executed by facsimile or electronic mail with the same force and effect as if signed with original signatures.

Dated:    New York, New York
            February 26, 2018

**LIEBOWITZ LAW FIRM, PLLC**

Richard P. Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
Email: RL@LiebowitzLawFirm.com

*Attorney for Plaintiff*

**MINTZ & GOLD LLP**

Steven G. Mintz
600 Third Avenue
25th Floor
New York, New York 10016
Tel: (212) 696-4848
Email: mintz@mintzandgold.com

*Attorneys for Defendant*

**IT IS SO ORDERED:**

Hon. John G. Koeltl, U.S.D.J.

2/28/18

# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D POLLACK*
ELLIOT G SAGOR
IRA LEE SORKIN
STEVEN A SAMIDE
SCOTT A KLEIN
TERENCE W McCORMICK
ROBERT B LACHENAUER
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GURGUIS
AMIT SONDHI*
TIMOTHY H. WOLF
ROBIN C FRIED
RYAN W. LAWLER*
TIMOTHY J. QUILL, JR.
JULIA B. MILNE
ADAM D. FRIEDLAND
MARIA EVA GARCIA*
GABRIEL ALTMAN
PETER G. CAPACCHIONE

**600 THIRD AVENUE**
**25TH FLOOR**
**NEW YORK, NEW YORK 10016**

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

*SENIOR COUNSEL*
JACK A. HORN
NOREEN E. COSGROVE
MELANIE M KOTLER

*OF COUNSEL*
HONORABLE VITO J TITONE *(dec.)*
(NY State Court of Appeals 1985-1998)
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
HARVEY J. HOROWITZ
NEAL M. GOLDMAN
ERIC M. KUTNER
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

*ALSO ADMITTED IN NEW JERSEY

February 27, 2018

By Letter Motion Via ECF
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>Fortune v. Fox News Network, LLC</u>
<u>No. 18 Civ. 1123 (JGK)</u>

Dear Judge Koeltl:

This firm represents Fox News Network, LLC ("<u>Fox News</u>"), which is the Defendant in the above-captioned action. We write to request an extension of the time to answer, move, or otherwise respond to the Complaint from the currently docketed response date of March 8, 2018, to the new date of <u>April 9, 2018</u>.

We have conferred with counsel for the Plaintiff, Richard Liebowitz, Esq., and Mr. Liebowitz consents to this extension. A stipulation to that effect subscribed by counsel is attached to this letter. Fox News has not previously sought or obtained an extension of the response date or an adjournment of any court dates. Accordingly, we respectfully request that Your Honor approve and so order the accompanying stipulation.

**MINTZ & GOLD LLP**
ATTORNEYS AT LAW

Hon. John G. Koeltl
February 27, 2018
Page Two

Respectfully submitted,

Steven G. Mintz

Cc:   Richard Liebowitz, Esq.